**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSE FELIX RAMIREZ CABRERA** | : | |
| | : | |
| **Petitioner,** | : | **3:26-cv-2863** |
| | : | **(JUDGE MARIANI)** |
| **v.** | : | |
| | : | |
| **WARDEN, CLINTON COUNTY CORRECTIONAL FACILITY** | : | |
| | : | |
| | : | |
| **Respondent.** | : | |

**ORDER**

**AND NOW, THIS** 22nd **DAY OF OCTOBER 2026,** upon consideration of Petitioner Jose Felix Ramirez Cabrera's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), Respondent's response (Doc. 4), and Petitioner's Traverse (Doc. 10), and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's habeas petition (Doc. 1) is **DENIED.**[1]
2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge

[1] The Court's denial of Petitioner's habeas petition is without prejudice to any change in circumstances that may entitle him to habeas relief at a future date, including a determination, after six months of detention, whether there is no reasonable likelihood of removal in the foreseeable future. *See generally Zadvydas v. Davis*, 533 U.S. 678 (2001).